**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW MEXICO**

F I L E D
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

SEP 2 2 2003

*[signature]*
CLERK

MICHAEL J. COLLOPY,

                    Plaintiff,

vs.                                                    No. CIV 00-807 WPJ/LFG-ACE

CITY OF HOBBS, a New Mexico
Municipal Corporation, and
TONY KNOTT, in his individual
and official capacity,

                    Defendants.

**JUDGMENT ON JURY VERDICT**

THIS MATTER having come on for jury trial on June 24-26 and 30 and July 1-2, 2003, the

jury having rendered a verdict in favor of the plaintiff and assessing damages in favor of plaintiff in

the sum of one dollar ($1.00); Now, Therefore,

IT IS ORDERED, ADJUDGED AND DECREED that judgment be and hereby is entered

in favor of the plaintiff Michael J. Collopy and against the defendants City of Hobbs, a New Mexico

Municipal Corporation, and Tony Knott, in his individual and official capacities, in the amount of

$1.00.

_____
HON. WILLIAM P. JOHNSON
UNITED STATES DISTRICT JUDGE

PREPARED BY:

_____
Philip B. Davis
Attorney for Plaintiff

APPROVED AS TO FORM:

Approved by Telephone 9/5/02
Josh A. Harris
Attorney for Defendants