IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**MICHAEL J. COLLOPY,**

      **Plaintiff,**

**vs.**                                            **Civil No. 00-807 WJ/LFG**

**CITY OF HOBBS, et al.,**

      **Defendants.**

### CLERK'S ORDER SETTLING COSTS

      **THE CLERK**, pursuant to Local Rule 54 of the United States District Court for the District of New Mexico, effective July 31, 2001, and after reviewing Plaintiff's Bill of Costs, filed October 15, 2003 **[Doc. No. 190]**, finds as follows:

      Pursuant to D.N.M.LR-Civ 7.3(b)(4), Defendants failure to respond to Plaintiff's Bill of Costs constitutes consent to grant the motion.

      **IT IS HEREBY ORDERED** that Plaintiff's Bill of Costs is granted.

      **ACCORDINGLY**, costs are taxed against the Defendants and in favor of the Plaintiff in the amount of $4,632.63. Application for review by the Court, if desired, shall be made within five (5) days of this order.

                                                     */s/ Robert M. March*
                                                       ROBERT M. MARCH, CLERK
                                                       United States District Court